## OLIVE v. GREAT AMERICAN INS. CO.

No. 555P85.

Case below: 76 N.C. App. 180.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 5 November 1985.

## PHELPS v. DUKE POWER CO.

No. 549P85.

Case below: 76 N.C. App. 222.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 November 1985.

## PROCTOR v. WARREN WILSON COLLEGE

No. 392P85.

Case below: 75 N.C. App. 199.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 November 1985.

## RUSSELL FORD v. CURRY

No. 551P85.

Case below: 76 N.C. App. 345.

Petition by third-party defendant for discretionary review under G.S. 7A-31 denied 1 October 1985.

## SANYO ELECTRIC, INC. v. ALBRIGHT DISTRIBUTING CO.

No. 489P85.

Case below: 76 N.C. App. 115.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 October 1985.